# Complaint Synopsis

| | |
|---|---|
| **Name:** | Troy Scott Murch |
| **Address:**<br>**(City & State Only)** | Salem, MA |
| **Year of Birth and Age:** | 1986/39 years old |
| **Violations:** | Count One: Hobbs Act Robbery, in violation of Title 18, United States Code, Section 1951(a). |
| **Penalties:** | Count One: Imprisonment of not more than 20 years (18 U.S.C. § 1951(a)), a fine not to exceed $250,000 (18 U.S.C. § 3571(b)(3)), or both.<br><br>Count One is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3). |
| **Supervised Release:** | Count One: Not more than three years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count One: Not more than two years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count One: Three years less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Chris Nielsen, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | FBI Special Agent Kurt Ormberg |
| **Detention Status:** | Arrest Warrant Requested |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Oxford |
| **AUSA:** | Noah Falk |
| **Guidelines apply? Y/N** | Yes |

| | |
|---|---|
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |